No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

PATRICK McGOVERN-ALLEN

## SUPERSEDING INDICTMENT

Counts
18 U.S.C. § 2261A(1) (stalking - 2 counts)
18 U.S.C. § 844(h) (use of fire in commission of a federal felony - 1 count)
18 U.S.C. § 2 (aiding and abetting)

███████████████████████████

_____
Foreman

Filed in open court this __27th__ day,
Of __October__ A.D. 20 __22__

_____
Clerk

Bail, $_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. __22-cr-288__ |
| v. | : | DATE FILED:_____ |
| PATRICK McGOVERN-ALLEN | : | VIOLATION: |
| | | 18 U.S.C. § 2261A(1) (stalking - 2 counts) |
| | : | 18 U.S.C. § 844(h) (use of fire in commission of a federal felony - 1 |
| | : | count) |
| | | 18 U.S.C. § 2 (aiding and abetting) |

## SUPERSEDING INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about December 18, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

**PATRICK McGOVERN-ALLEN**

traveled in interstate commerce from the State of New Jersey to Abington Township in the Commonwealth of Pennsylvania, with the intent to harass and intimidate another person, A.R., a juvenile, a person known to the grand jury, and in the course of and as a result of such travel caused substantial emotional distress to A.R. and placed a member of A.R.'s immediate family in reasonable fear of death or serious bodily injury, and the defendant used a dangerous weapon during the offense.

In violation of Title 18, United States Code, Sections 2261A(1), 2261(b), and 2261B.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 18, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

**PATRICK McGOVERN-ALLEN**

knowingly used fire, and aided and abetted the use of fire, to commit stalking, in violation of Title 18, United States Code, Sections 2261A(1), 2261(b) and 2261B, a felony prosecutable in a court of the United States.

In violation of Title 18, United States Code, Sections 844(h)(1) and 2.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 2, 2022, in the Eastern District of Pennsylvania and elsewhere, defendant

**PATRICK McGOVERN-ALLEN**

traveled in interstate commerce from the State of New Jersey to Westtown East Goshen Township in the Commonwealth of Pennsylvania, with the intent to harass and intimidate another person, K.M., a person known to the grand jury, and in the course of and as a result of such travel placed K.M. in reasonable fear of death or serious bodily injury, and the defendant used a dangerous weapon during the offense.

In violation of Title 18, United States Code, Sections 2261A(1), and 2261(b).

A TRUE BILL:

███████████

**JACQUELINE C. ROMERO**
**United States Attorney**