IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 22-288 |
| PATRICK MCGOVERN-ALLEN | | |
| USM# 16090-510 | | |
| FDC PHILADELPHIA | | |

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Change of Plea** hearing on **January 5, 2023** at **2:30 p.m.** before the **Honorable Gerald J. Pappert** in **Courtroom 11-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**

Hearing rescheduled from:

**GOVERNMENT COUNSEL SHALL SUBMIT A PLEA MEMORANDUM TO THE COURT THREE (3) BUSINESS DAYS PRIOR TO THE HEARING.**

For additional information, please contact the undersigned.

By: Jeffrey Lucini
Courtroom Deputy to Judge Pappert

Date: 12/20/22

cc via U.S. Mail: Defendant
cc via email: Defense Counsel N. MacEoin
Assistant U.S. Attorney A. Carissimi
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator