IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 22-288 |
| PATRICK MCGOVERN-ALLEN | | |
| USM# 16090-510 | | |
| FDC PHILADELPHIA | | |

# NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Sentencing** hearing on **July 25, 2023 at 10:00 a.m.** before the **Honorable Gerald J. Pappert** in **Courtroom 11-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**
  X Hearing rescheduled from: 5/23/23

**COUNSEL SHALL SUBMIT A SENTENCING MEMORANDUM TO THE COURT FIVE (5) BUSINESS DAYS PRIOR TO THE HEARING.**

For additional information, please contact the undersigned.

By:     Jeffrey Lucini
        Courtroom Deputy to Judge Pappert

Date:   5/16/23

cc via U.S. Mail:    Defendant
cc via email:        Defense Counsel N. MacEoin
                     Assistant U.S. Attorney A. Carissimi
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services
                     Interpreter Coordinator